FILED
2021 May-26 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/GRD: JUNE 2021
GJ# 16

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Case No.:** |
| | ) |
| **PRENTICE DELAWRENCE** | ) |
| **TANNIEHILL,** | ) |
| *also known as* | ) |
| **"P" and "Pete," and** | ) |
| **DAVID WILL JONES** | ) |

## I N D I C T M E N T

**COUNT ONE:**   **[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

From in or about July, 2017, to on or about the 20th day of October, 2018, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**
**and**
**DAVID WILL JONES,**

did knowingly, intentionally, and unlawfully conspire and agree with each other, and with others both known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance, such offense involving five (5) kilograms or more of a mixture and

substance containing a detectable amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

Before **PRENTICE DELAWRENCE TANNIEHILL** committed the offense charged in this count, **PRENTICE DELAWRENCE TANNIEHILL** had a final conviction for a serious drug felony, namely, a conviction for Trafficking Cocaine in the Circuit Court for Jefferson County, Alabama, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before **DAVID WILL JONES** committed the offense charged in this count, **DAVID WILL JONES** had a final conviction for a serious drug felony, namely, two separate felony convictions for Unlawful Possession of a Controlled Substance (Cocaine) in the Circuit Court for Jefferson County, Alabama, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**COUNT TWO:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 7th day of September, 2017, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**

did knowingly and intentionally distribute a controlled substance, such offense involving a mixture and substance containing a detectible amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 16th day of November, 2017, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**

did knowingly and intentionally distribute a controlled substance, such offense involving a mixture and substance containing a detectible amount of cocaine

hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FOUR:** **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 2nd day of February, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**

did knowingly and intentionally distribute a controlled substance, such offense involving a mixture and substance containing a detectible amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FIVE:** **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 7th day of March, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**

did knowingly and intentionally distribute a controlled substance, such offense involving a mixture and substance containing a detectible amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT SIX:**  **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 18th day of October, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**

did knowingly and intentionally distribute a controlled substance, such offense involving a mixture and substance containing a detectible amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNTS SEVEN THROUGH ELEVEN:**   **[21 U.S.C. § 843(b)]**

The Grand Jury charges:

1. That on or about the date and time listed below, in Jefferson County,

5

within the Northern District of Alabama, and elsewhere, the defendant(s), as more specifically identified herein, did knowingly, intentionally, and unlawfully use a communication facility, that being, a telephone, to facilitate the commission of a felony that is a drug trafficking crime, that is, the drug trafficking crimes alleged in Counts One through Six of this Indictment, in violation of Title 21, United States Code, Section 843(b).

    2.    The allegations set forth in paragraph 1, above, are hereby realleged and incorporated by reference for each of the following counts, as though fully set forth therein:

| COUNT | DATE | TIME | DEFENDANT(S) |
| --- | --- | --- | --- |
| 7 | 02/15/2018 | 6:14 p.m. | PRENTICE DELAWRENCE TANNIEHILL and DAVID WILL JONES |
| 8 | 02/27/2018 | 9:07 a.m. | PRENTICE DELAWRENCE TANNIEHILL and DAVID WILL JONES |
| 9 | 02/27/2018 | 9:15 a.m. | PRENTICE DELAWRENCE TANNIEHILL and DAVID WILL JONES |
| 10 | 03/02/2018 | 8:22 a.m. | PRENTICE DELAWRENCE TANNIEHILL and DAVID WILL JONES |
| 11 | 03/14/2018 | 4:43 p.m. | PRENTICE DELAWRENCE TANNIEHILL and DAVID WILL JONES |

**NOTICE OF FORFEITURE:** **[21 U.S.C. § 853(a)(1) and (a)(2)]**

The Grand Jury further notifies the defendants that:

1.  The allegations of Counts One through Eleven of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.  Pursuant to Rule 32.2(a), Fed. R. Crim. P., the defendants are hereby notified that, upon conviction of the offenses alleged in Counts One through Eleven of this Indictment, defendants,

**PRENTICE DELAWRENCE TANNIEHILL,**
*also known as*
**"P" and "Pete,"**
and
**DAVID WILL JONES,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

   a.  cannot be located upon the exercise of due diligence;

b. has been transferred, or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY    PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
GREGORY R. DIMLER
Assistant United States Attorney

8