IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO: 2:21-CR-149-AMM-JHE |
| ) | |
| DAVID WILL JONES, ) | |
| DEFENDANT. ) | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel and respectfully requests this Honorable Court to allow cja counsel to withdraw from further representation for the above defendant and as grounds thereof states the following:

1. Attorney Steven Horton has filed entry of appearance for the defendant in the above matter.

Respectfully submitted,

*/s/Kenneth J. Gomany*
205-706-3393

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s Kenneth J. Gomany*